FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAR 30 PM 1:29
CLERK
S.DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JOSEPH A. KEATON, | * |
| Plaintiff, | CIVIL ACTION NO.: 5:18-cv-66 |
| v. | |
| LIEUTENANT KYLA M. LEE; OFFICER STUART DELOACH; and OFFICER DERECK COBB, | |
| Defendants. | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 22. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss and **DISMISSES** Plaintiff's Complaint. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff leave to

appeal *in forma pauperis*.

SO ORDERED, this \_\_\_30\_\_\_ day of \_\_\_March\_\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)