AO 450 (GAS Rev 10/03) Judgment in a Civil Case


FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
MAR 31 PM 12: 25
CLERK C. Robinson
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

JOSEPH A. KEATON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:18-cv-66

LIEUTENANT KYLA M. LEE; OFFICER STUART DELOACH; and OFFICER DERECK COBB,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on March 30, 2020, the Report and Recommendation of the Magistrate Judge is hereby ADOPTED as the opinion of the Court, The Court DENIES Keaton in forma pauperis status on appeal.

Judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____
HON. LISA GODBEY WOOD

Date: March 31, 2020

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03